# In the United States Court of Federal Claims

No. 7-495C

Filed: March 10, 2008

***********************************

HAM INVENSTMENTS, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

***********************************

**SCHEDULING ORDER**

Pursuant to the March 7, 2008 Joint Preliminary Status Report, the court enters the following schedule:

1. Exchange of initial disclosures on or before April 18, 2008.
2. Close of fact discovery on or before September 2, 2008.
3. Defendant's dispositive motion filed on or before October 3, 2008.
4. Plaintiff's dispositive motion and/or response to Defendant's dispositive motion filed on or before November 3, 2008.

**IT IS SO ORDERED**.

/Susan G. Braden

**SUSAN G. BRADEN**

**Judge**