IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAM INVESTMENTS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-495C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, the parties respectfully request that this Court grant an enlargement of time of 60 days, to and including November 2, 2008, within which to conduct fact discovery. The current deadline for completion of fact discovery is September 2, 2008. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has reviewed this motion, and authorizes undersigned counsel to state that plaintiff joins in this request.

Additional time is necessary for the parties to conduct discovery because undersigned counsel was recently transferred this case from her departing colleague, Dawn Conrad, and needs to familiarize herself with the issues and background of this case, including the adequacy of plaintiff's responses to prior document requests. Additionally, plaintiff needs more time to conduct depositions.

Accordingly, we respectfully request that this Court grant the parties' unopposed motion for an enlargement of time of 60 days, to and including November 2, 2008, within which to complete fact discovery, with a corresponding enlargement of time for defendant to file a dispositive motion, and for plaintiff to respond or file a dispositive cross-motion.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/Jane C. Dempsey
JANE C. DEMPSEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-0972

August 20, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 20th day of August 2008, a copy of the foregoing "JOINT MOTION FOR ENLARGEMENT OF TIME" was served by electronic delivery to:

Russell O. Brabham, Esq.
910 Pierremont Road, Ste. 410
Shreveport, LA 71106

/s/Jane C. Dempsey