# In the United States Court of Federal Claims

No. 7-495C
Filed: August 21, 2008

***********************************
HAM INVESTMENTS, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
***********************************

**SCHEDULING ORDER**

The parties' August 20, 2008 Joint Motion For An Enlargement Of Time is granted. The March 10, 2008 Scheduling Order is amended as follows:

1. Close of fact discovery on or before November 3, 2008.
2. Defendant's dispositive motion filed on or before December 3, 2008.
3. Plaintiff's dispositive motion and/or response to Defendant's dispositive motion filed on or before January 5, 2009.

**IT IS SO ORDERED**.

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**